**IN THE UNITED STATES DISTRICT COURT
FOR THE
NORTHERN DISTRICT OF ILLINOIS**

ANDREA HIRST, et al.,

Plaintiff(s),

v.

SKYWEST, INC., et al,

Defendant(s).

Case No.  15-CV-02036
Judge John J. Tharp, Jr.

## JUDGMENT IN A CIVIL CASE

Judgment is hereby entered (check appropriate box):

☐     in favor of plaintiff(s)
and against defendant(s)
in the amount of $               ,

        which ☐ includes          pre–judgment interest.
               ☐ does not include pre–judgment interest.

Post-judgment interest accrues on that amount at the rate provided by law from the date of this judgment.

Plaintiff(s) shall recover costs from defendant(s).

---

☒     in favor of defendant(s) Skywest Airlines, Inc., Skywest, Inc.
and against plaintiff(s) Andrea Hirst, Molly Stover, and Emily Stroble Sze

.

Defendant(s) shall recover costs from plaintiff(s).

---

☐     other:

---

This action was *(check one)*:

☐ tried by a jury with Judge        presiding, and the jury has rendered a verdict.
☐ tried by Judge        without a jury and the above decision was reached.
☒ decided by Judge John J. Tharp on a consolidated motion to dimiss.

Date:   11/30/2017                                        Thomas G. Bruton, Clerk of Court

                                        /s/ Alberta Rone , Deputy Clerk